NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

AND

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

AND

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motions to withdraw David K. Wooten and Leisa Talbert Peschel as counsel for Blockbuster, Inc.,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUN 2 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John J. Edmonds, Esq.
    Scott W. Breedlove, Esq.
    Michael A. Jacobs, Esq.
    John D. Vandenberg, Esq.
    Peter J. Brann, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 0 2012

JAN HORBALY
CLERK